UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONE, RORY | § | Case No. 15-11799 CAD |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2015 . The undersigned trustee was appointed on 03/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 194,415.75 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 21,394.90 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 90,641.67 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 82,369.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/09/2015  and the deadline for filing governmental claims was  09/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,970.79 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,970.79 , for a total compensation of $ 12,970.79 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2015         By: /s/Joseph A. Baldi
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 15-11799 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONE, RORY | | Date Filed (f) or Converted (c): | 03/31/15 (f) |
| | | | 341(a) Meeting Date: | 05/14/15 |
| For Period Ending: | 10/23/15 | | Claims Bar Date: | 09/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3541 Prarie Avenue, Unit #1, Chicago, IL - condo | 139,000.00 | 80,000.00 | | 181,000.00 | FA |
| Trustee sold per court order 9/16/15 [dkt 34] | | | | | |
| 2. 7018 S. Cornell, Chicago, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 flat investment property | | | | | |
| Stay lifted per order 7/9/15 | | | | | |
| 3. 1430 E. 65th Place, Chicago, IL - vacant lot | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account w/Northbrook Bank & Trust | 2,900.00 | 2,230.00 | | 2,230.00 | FA |
| Debtor directed to turnover per order 8/19/15 [dkt 28] | | | | | |
| 6. Checking account w/Chase Bank - remaining proceeds | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| Debtor directed to turnover per order 8/19/15 [dkt 28] | | | | | |
| 7. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 8. Family pictures, books, CDs, DVDs, artwork | 100.00 | 0.00 | | 0.00 | FA |
| 9. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Ford E150 van w/114,000 miles in fair conditi | 4,800.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous hand and power tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petion Rents from 3541 Prairie Ave, Unit 4 (u) | 0.00 | 0.00 | | 7,185.75 | FA |
| Debtor directed to turnover per order 9/9/15 [dkt 32]; Trustee recovered additional post petition rents priro to sale of property | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $292,930.00 | $86,230.00 | | $194,415.75 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-11799    Judge: Carol A. Doyle | Trustee Name: Joseph A. Baldi |
| Case Name: | MONE, RORY | Date Filed (f) or Converted (c): 03/31/15 (f) |
| | | 341(a) Meeting Date: 05/14/15 |
| | | Claims Bar Date: 09/09/15 |

October 23, 2015; Trustee recovered post-petition rents from condo and non-exempt balance of bank accounts per Court orders 8/19/15 and 9/9/15.   Trustee sold the Debtor's condo pursuant to this Court's order dated 9/16/15.  Trustee prepared and filed his report of sale.  Trustee filed Estate tax returns.  Trustee reviewed claims and resolved issues.  Trustee prepared his final report.

July 23, 2015, 06:10 pm Trustee had property on Prairie inspected by broker, will list for $180,000, potential for equity.  Also made demand on debtor to turn over non-exempt bank account balances.  Stay lifted as to other property, no equity in remaining real estate.

Initial Projected Date of Final Report (TFR): 12/31/16       Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-11799 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONE, RORY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9416 | | | |
| For Period Ending: | 10/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/15 | 5, 6, 12 | CHASE - CASHIER'S CHECK REMITTER: RORY MONE | Turnover per orders [dkt 28/32] | 1129-000 | 6,330.00 | | 6,330.00 |
| 09/15/15 | 12 | CHASE - CASHIER'S CHECK REMITTER: RORY MONE | Turnover post-petition rent[dkt 32] | 1222-000 | 5,085.75 | | 11,415.75 |
| 09/15/15 | 12 | MATTHEW R. PANICHI 2110 S. PRAIRIE CHICAGO, IL 60616 | SEPTEMBER RENT FROM TENANTS | 1222-000 | 2,000.00 | | 13,415.75 |
| 10/01/15 | 1 | FIDELITY NATIONAL TITLE CO., LLC FT Metro Harris Bank-FCH-5216 20 N. Clark, Ste. 220 Chicago, IL 60602 | SALE OF REAL PROPERTY [dkt 34] | | 69,551.43 | | 82,967.18 |
| | | | Memo Amount: 181,000.00 Sale of 3541 S. Prairie Ave, Unit 4 | 1110-000 | | | |
| | | | Memo Amount: ( 90,641.67 ) Mortgage Loan - Northbrook Bank | 4110-000 | | | |
| | | | Memo Amount: ( 1,660.00 ) Title & Closing Fees | 2500-000 | | | |
| | | | Memo Amount: ( 11,210.00 ) Broker's Commission | 3510-000 | | | |
| | | | Memo Amount: ( 3,850.00 ) Condo. Assoc. Assessment | 2500-000 | | | |
| | | | Memo Amount: ( 1,525.00 ) Seller Credit - Owner's Policy | 2500-000 | | | |
| | | | Memo Amount: ( 2,561.90 ) County Taxes (1/1/15 - 10/1/15) | 2500-000 | | | |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 82,957.18 |
| 10/20/15 | 001001 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19053 | Illinos income taxes due IL - 1041 Illinois income taxes due for tax year 2015 | 2820-000 | | 588.00 | 82,369.18 |

Page Subtotals 82,967.18 598.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 15-11799 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONE, RORY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9416 | | | |
| For Period Ending: | 10/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SPRINGFIELD, IL 62794-9053 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 181,000.00 | COLUMN TOTALS | | 82,967.18 | 598.00 | 82,369.18 |
| | Memo Allocation Disbursements: | 111,448.57 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 82,967.18 | 598.00 | |
| | Memo Allocation Net: | 69,551.43 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 82,967.18 | 598.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 181,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 111,448.57 | Checking Account (Non-Interest Earn - ********7477) | | 82,967.18 | 598.00 | 82,369.18 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 69,551.43 | | | 82,967.18 | 598.00 | 82,369.18 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER | | | | Date: November 16, 2015 |
|---|---|---|---|---|---|---|

Case Number:  15-11799  
Debtor Name:   MONE, RORY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>2820-00 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | Administrative | <br><br>2221657477   10/20/15   1001 | $588.00<br><br> | $588.00<br><br>588.00 | $0.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $1,075.00 | $0.00 | $1,075.00 |
| 001<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $13,122.50 | $0.00 | $13,122.50 |
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $12,970.79 | $0.00 | $12,970.79 |
| 001<br>2200-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $206.22 | $0.00 | $206.22 |
| 000002<br>5700-00 | Matthew R. Panichi<br>155 N. Michigan Avenue<br>Suite 540<br>Chicago, IL 60601 | Priority | Claim withdrawn 10/20/15; claim was for security deposit on apartment; Debtor was directed to turnover the security deposit per order dated 8/19/15 [dkt 28]; Debtor complied and turned over a check payable to M. Panichi for the security deposit which Trustee delivered to M. Panichi. | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Old National Bank<br>One Main Street<br>Canton, OH 44708 | Unsecured | | $392,138.47 | $0.00 | $392,138.47 |
| | Case Totals: | | | $420,100.98 | $588.00 | $419,512.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11799 CAD
Case Name: MONE, RORY
Trustee Name: Joseph A. Baldi

| | | |
|---|---|---|
| Balance on hand | $ | 82,369.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 12,970.79 | $ 0.00 | $ 12,970.79 |
| Trustee Expenses: Joseph A. Baldi | $ 206.22 | $ 0.00 | $ 206.22 |
| Attorney for Trustee Fees: BALDI BERG | $ 13,122.50 | $ 0.00 | $ 13,122.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 1,075.00 | $ 0.00 | $ 1,075.00 |
| Other: ILLINOIS DEPT. OF REVENUE | $ 588.00 | $ 588.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 27,374.51 |
| Remaining Balance | $ 54,994.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Matthew R. Panichi | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $ 0.00

    Remaining Balance      $ 54,994.67

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 392,138.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Old National Bank | $ 392,138.47 | $ 0.00 | $ 54,994.67 |

    Total to be paid to timely general unsecured creditors      $ 54,994.67

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

                                               NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE