# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONE, RORY | § | Case No. 15-11799 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:30 a.m., on  Thursday, January 14, 2016
> in Courtroom  742, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Jeffrey P. Allsteadt
                                              Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MONE, RORY § Case No. 15-11799
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 194,415.75 |
| and approved disbursements of | $ | 112,046.57 |
| leaving a balance on hand of[1] | $ | 82,369.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 12,970.79 | $ 0.00 | $ 12,970.79 |
| Trustee Expenses: Joseph A. Baldi | $ 206.22 | $ 0.00 | $ 206.22 |
| Attorney for Trustee Fees: BALDI BERG | $ 13,122.50 | $ 0.00 | $ 13,122.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 1,075.00 | $ 0.00 | $ 1,075.00 |
| Other: ILLINOIS DEPT. OF REVENUE | $ 588.00 | $ 588.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 27,374.51 |
| Remaining Balance | | $ | 54,994.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Matthew R. Panichi | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $              0.00

Remaining Balance    $         54,994.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 392,138.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Old National Bank | $ 392,138.47 | $ 0.00 | $ 54,994.67 |

Total to be paid to timely general unsecured creditors    $         54,994.67

Remaining Balance    $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

           Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-11799-CAD
Rory Mone                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 1                Date Rcvd: Dec 17, 2015
                              Form ID: pdf006            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2015.
```
db         +Rory Mone,    1000 N. Lake Shore Drive,    Unit #1407,    Chicago, IL 60611-5309
aty        +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
23128132   +3541 S. Prarie Condo Association,    3541 S. Prarie Avenue,    Chicago, IL 60653-1091
23128133   +FDIC,    3501 N. Fairfax Drive,    Arlington, VA 22226-3500
23128134   +Integra Bank NS,    21 SE 3rd St.,    Evansville, IN 47708-1421
23128135   +Jonathan R. Koyn,    2134 Cumming Lane,    Flossmoor, IL 60422-1313
23684238   +Matthew R. Panichi,    155 N. Michigan Avenue,    Suite 540,    Chicago, IL 60601-7613
23128136   +Northbrook Bank & Trus,    1340 Shermer Road,    Northbrook, IL 60062-4598
23128137    Old National Bank,    One Main Street,    Canton, OH 44708
23128139   +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
             Chicago, IL 60601-6207
23128140   +Prarie Bank Trust Company,    1101 Trinity Lane,    Bloomington, IL 61704-8110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
23128138*       Old National Bank,    One Main Street,    Canton, OH 44708
```
                                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2015 at the address(es) listed below:
```
          George Michael Vogl, IV    on behalf of Debtor 1 Rory  Mone notice@billbusters.com,
           lwnotice@gmail.com;billbusters@ecf.infloruptcy.com;billbusters@iamthewolf.com
          Jonathan R Koyn    on behalf of Creditor    Old National Bank jkoyn@hotmail.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Accountant    Popowcer Katten Ltd jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```
                                                                                                   TOTAL: 8