UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MONE, RORY                          §    Case No. 15-11799
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 139,500.00 *(Without deducting any secured claims)* | Assets Exempt: 8,200.00 |
| Total Distributions to Claimants: 145,636.34 | Claims Discharged Without Payment: 337,307.80 |
| Total Expenses of Administration: 48,779.41 | |

3) Total gross receipts of $ 194,415.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 194,415.75  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 829,868.00 | $ 90,641.67 | $ 90,641.67 | $ 90,641.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 48,779.41 | 48,779.41 | 48,779.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 164.00 | 392,138.47 | 392,138.47 | 54,994.67 |
| **TOTAL DISBURSEMENTS** | $ 830,032.00 | $ 531,559.55 | $ 531,559.55 | $ 194,415.75 |

4)  This case was originally filed under chapter 7 on 03/31/2015 . The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/15/2016          By:/s/Joseph A. Baldi
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 181,000.00 |
| Checking Account w/Northbrook Bank & Trust | 1129-000 | 2,230.00 |
| Checking account w/Chase Bank - remaining proceeds | 1129-000 | 4,000.00 |
| Post-Petion Rents from 3541 Prairie Ave, Unit 4 | 1129-000 | 100.00 |
| Post-Petion Rents from 3541 Prairie Ave, Unit 4 | 1222-000 | 7,085.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 194,415.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3541 S. Prarie Condo Association 3541 S. Prarie Avenue Chicago, IL 60653 | | 0.00 | NA | NA | 0.00 |
| | FDIC 3501 N. Fairfax Drive Arlington, VA 22226 | | 0.00 | NA | NA | 0.00 |
| | Integra Bank NS 21 SE 3rd St. Evansville, IN 47708 | | 0.00 | NA | NA | 0.00 |
| | Jonathan R. Koyn 2134 Cumming Lane Flossmoor, IL 60422 | | 0.00 | NA | NA | 0.00 |
| | Northbrook Bank & Trus 1340 Shermer Road Northbrook, IL 60062 | | 95,868.00 | NA | NA | 0.00 |
| | Old National Bank One Main Street Canton, OH 44708 | | 584,000.00 | NA | NA | 0.00 |
| | Old National Bank One Main Street Canton, OH 44708 | | 150,000.00 | NA | NA | 0.00 |
| | Prarie Bank Trust Company 1101 Trinity Lane Bloomington, IL 61704 | | 0.00 | NA | NA | 0.00 |
| | Mortgage Loan - Northbrook Bank | 4110-000 | NA | 90,641.67 | 90,641.67 | 90,641.67 |
| **TOTAL SECURED CLAIMS** | | | $ 829,868.00 | $ 90,641.67 | $ 90,641.67 | $ 90,641.67 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 12,970.79 | 12,970.79 | 12,970.79 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 206.22 | 206.22 | 206.22 |
| Condo. Assoc. Assessment | 2500-000 | NA | 3,850.00 | 3,850.00 | 3,850.00 |
| County Taxes (1/1/15 - 10/1/15) | 2500-000 | NA | 2,561.90 | 2,561.90 | 2,561.90 |
| Seller Credit - Owner's Policy | 2500-000 | NA | 1,525.00 | 1,525.00 | 1,525.00 |
| Title & Closing Fees | 2500-000 | NA | 1,660.00 | 1,660.00 | 1,660.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 588.00 | 588.00 | 588.00 |
| BALDI BERG | 3110-000 | NA | 13,122.50 | 13,122.50 | 13,122.50 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 1,075.00 | 1,075.00 | 1,075.00 |
| Broker's Commission | 3510-000 | NA | 11,210.00 | 11,210.00 | 11,210.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 48,779.41 | $ 48,779.41 | $ 48,779.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MATTHEW R. PANICHI | 5600-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 164.00 | NA | NA | 0.00 |
| 000001 | OLD NATIONAL BANK | 7100-000 | NA | 392,138.47 | 392,138.47 | 54,994.67 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 164.00 | $ 392,138.47 | $ 392,138.47 | $ 54,994.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-11799 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONE, RORY | | Date Filed (f) or Converted (c): | 03/31/15 (f) |
| | | | 341(a) Meeting Date: | 05/14/15 |
| For Period Ending: | 02/15/16 | | Claims Bar Date: | 09/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3541 Prarie Avenue, Unit #1, Chicago, IL - condo | 139,000.00 | 80,000.00 | | 181,000.00 | FA |
| Trustee sold per court order 9/16/15 [dkt 34] | | | | | |
| 2. 7018 S. Cornell, Chicago, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 flat investment property | | | | | |
| Stay lifted per order 7/9/15 | | | | | |
| 3. 1430 E. 65th Place, Chicago, IL - vacant lot | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account w/Northbrook Bank & Trust | 2,900.00 | 2,230.00 | | 2,230.00 | FA |
| Debtor directed to turnover per order 8/19/15 [dkt 28] | | | | | |
| 6. Checking account w/Chase Bank - remaining proceeds | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| Debtor directed to turnover per order 8/19/15 [dkt 28] | | | | | |
| 7. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 8. Family pictures, books, CDs, DVDs, artwork | 100.00 | 0.00 | | 0.00 | FA |
| 9. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Ford E150 van w/114,000 miles in fair conditi | 4,800.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous hand and power tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petion Rents from 3541 Prairie Ave, Unit 4 (u) | 0.00 | 0.00 | | 7,185.75 | FA |
| Debtor directed to turnover per order 9/9/15 [dkt 32]; Trustee recovered additional post petition rents priro to sale of property | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $292,930.00 | $86,230.00 | | $194,415.75 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-11799 | Judge: Carol A. Doyle |
| Case Name: | MONE, RORY | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 03/31/15 (f) |
| 341(a) Meeting Date: | 05/14/15 |
| Claims Bar Date: | 09/09/15 |

October 23, 2015; Trustee recovered post-petition rents from condo and non-exempt balance of bank accounts per Court orders 8/19/15 and 9/9/15. Trustee sold the Debtor's condo pursuant to this Court's order dated 9/16/15. Trustee prepared and filed his report of sale. Trustee filed Estate tax returns. Trustee reviewed claims and resolved issues. Trustee prepared his final report.

July 23, 2015, 06:10 pm Trustee had property on Prairie inspected by broker, will list for $180,000, potential for equity. Also made demand on debtor to turn over non-exempt bank account balances. Stay lifted as to other property, no equity in remaining real estate.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-11799 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONE, RORY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9416 | | | |
| For Period Ending: | 02/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/15 | 5, 6, 12 | CHASE - CASHIER'S CHECK REMITTER: RORY MONE | Turnover per orders [dkt 28/32] | 1129-000 | 6,330.00 | | 6,330.00 |
| 09/15/15 | 12 | CHASE - CASHIER'S CHECK REMITTER: RORY MONE | Turnover post-petition rent[dkt 32] | 1222-000 | 5,085.75 | | 11,415.75 |
| 09/15/15 | 12 | MATTHEW R. PANICHI 2110 S. PRAIRIE CHICAGO, IL 60616 | SEPTEMBER RENT FROM TENANTS | 1222-000 | 2,000.00 | | 13,415.75 |
| 10/01/15 | 1 | FIDELITY NATIONAL TITLE CO., LLC FT Metro Harris Bank-FCH-5216 20 N. Clark, Ste. 220 Chicago, IL 60602 | SALE OF REAL PROPERTY [dkt 34] | | 69,551.43 | | 82,967.18 |
| | | | Memo Amount: 181,000.00 Sale of 3541 S. Prairie Ave, Unit 4 | 1110-000 | | | |
| | | | Memo Amount: ( 90,641.67 ) Mortgage Loan - Northbrook Bank | 4110-000 | | | |
| | | | Memo Amount: ( 1,660.00 ) Title & Closing Fees | 2500-000 | | | |
| | | | Memo Amount: ( 11,210.00 ) Broker's Commission | 3510-000 | | | |
| | | | Memo Amount: ( 3,850.00 ) Condo. Assoc. Assessment | 2500-000 | | | |
| | | | Memo Amount: ( 1,525.00 ) Seller Credit - Owner's Policy | 2500-000 | | | |
| | | | Memo Amount: ( 2,561.90 ) County Taxes (1/1/15 - 10/1/15) | 2500-000 | | | |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 82,957.18 |
| 10/20/15 | 001001 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19053 | Illinos income taxes due IL - 1041 Illinois income taxes due for tax year 2015 | 2820-000 | | 588.00 | 82,369.18 |

Page Subtotals    82,967.18    598.00

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-11799 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONE, RORY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******7477  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9416 | | | |
| For Period Ending: | 02/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SPRINGFIELD, IL 62794-9053 | | | | | |
| 01/15/16 | 001002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 12,970.79 | 69,398.39 |
| 01/15/16 | 001003 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Expenses | 2200-000 | | 206.22 | 69,192.17 |
| 01/15/16 | 001004 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 13,122.50 | 56,069.67 |
| 01/15/16 | 001005 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,075.00 | 54,994.67 |
| 01/15/16 | 001006 | Old National Bank<br>One Main Street<br>Canton, OH 44708 | Claim 000001, Payment 14.0243% | 7100-000 | | 54,994.67 | 0.00 |

Page Subtotals   0.00   82,369.18

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11799 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MONE, RORY | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******7477  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9416 | | |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 181,000.00 | COLUMN TOTALS | | 82,967.18 | 82,967.18 | 0.00 |
| | Memo Allocation Disbursements: | 111,448.57 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 82,967.18 | 82,967.18 | |
| | Memo Allocation Net: | 69,551.43 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 82,967.18 | 82,967.18 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 181,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 111,448.57 | Checking Account (Non-Interest Earn - *******7477 | | 82,967.18 | 82,967.18 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 69,551.43 | | | 82,967.18 | 82,967.18 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*